UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

       Plaintiff,

v.                                                    Crim. No. 06-26(1) (JNE/FLN)
                                                  ORDER

Veronica Garcia,

       Defendant.

In a Report and Recommendation dated May 18, 2006, the Honorable Franklin L. Noel, United States Magistrate Judge, recommended that Defendant's motion to suppress or, in the alternative, for a *Franks* hearing be denied. Defendant objected to the Report and Recommendation. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1. Defendant's motion for an extension of time to file an objection to the May 18, 2006, Report and Recommendation [Docket No. 57] is GRANTED.

2. Defendant's motion to suppress or, in the alternative, for a *Franks* hearing [Docket No. 43] is DENIED.

Dated: June 20, 2006

                                                                s/ Joan N. Ericksen
                                                                 JOAN N. ERICKSEN
                                                                 United States District Judge